FILED

MAY - 8 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 1472-H |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - |
| JOSE CRUZ AVALOS-IBARRA, ) | False Statement to a Federal Officer |
| Defendant. ) | |

The United States Attorney charges:

On or about April 11, 2008, within the Southern District of California, defendant JOSE CRUZ AVALOS-IBARRA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that he lived in San Diego, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: May 8, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*
DOUGLAS KEEHN
Assistant U.S. Attorney