

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE CRUZ AVALOS-IBARRA | CASE NUMBER: 08CR1472-H  08mj1122 |

    I, JOSE CRUZ AVALOS-IBARRA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/8/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                              X Jose Cruz Avalos I.
                                                Defendant

                                                Counsel for Defendant

Before _____
       JUDICIAL OFFICER

